# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

### CONTINUED TELEPHONIC SETTLEMENT NEGOTIATIONS
### BEFORE MAGISTRATE JUDGE LAURA FASHING

Caption:         *Morris v. Giant Four Corners, Inc. et al*

Case Number:     1:15-cv-00055-JCH-LF

Date:            Friday, January 07, 2022 thru Tuesday, January 11, 2022

| Attorney for Plaintiff: | Attorney for Defendant: |
|---|---|
| Zackeree S. Kelin | Andrew G. Schultz |

  X   Case settled.   Per order filed concurrently, closing documents due on Thursday, February 10, 2022.

_____Case did not settle.

_____Settlement efforts to be continued on _____ at _____.

  X   Time in Conference =  3.0  hours.