IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FRANKLIN J. MORRIS, as Personal
Representative of the Wrongful Death
Estate of MARCELLINO MORRIS, JR.,
(Deceased),

      Plaintiff,

vs.                                                            No. 1:15-cv-00055-JCH-KBM

GIANT FOUR CORNERS, INC. d/b/a
GIANT #7251 and ANDY RAY DENNY,
an Individual,

      Defendants.

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff Franklin J. Morris, as Personal Representative of the Wrongful Death Estate of Marcellino Morris, JR., and Defendant Giant Four Corners, Inc. d/b/a Giant #7251 s jointly stipulate and agree that all claims and causes of action asserted in this lawsuit by Plaintiff against Defendant Giant Four Corners, Inc. d/b/a Giant #7251 shall be, and are, dismissed with prejudice.  Each party to this stipulation shall bear its own costs and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| DAVIS KELIN LAW FIRM, LLC | RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A. |
| */s/ Zackeree S. Kelin*<br>By_____<br>Zackeree S. Kelin<br>127 Bryn Mawr, NE<br>Albuquerque, NM 87106<br>Telephone:   (505) 242-7200<br>Facsimile:   (505) 213-3399<br>Email:         zkelin@daviskelin.com | */s/ Andrew G. Schultz*<br>By_____<br>Andrew G. Schultz<br>P.O. Box 1888<br>Albuquerque, NM 87103-1888<br>Telephone:   (505) 765-5900<br>Facsimile:   (505) 768-7395<br>Email:         aschultz@rodey.com |
| *Attorneys for Plaintiff Franklin J. Morris, as Personal Representative of the Wrongful Death Estate of Marcellino Morris, Jr.* | *Attorneys for Appellee Giant Four Corners, Inc.* |